UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-20307-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA

    Plaintiff,

vs.

MICHAEL WALKER,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant Michael Walker's ("Defendant") Motion to Suppress Evidence seized in Violation of the Fourth Amendment [ECF No. 248], filed on December 11, 2017.

**THE MATTER** was referred to United States Magistrate Judge Alicia M. Otazo-Reyes, and accordingly, the Magistrate Judge conducted an evidentiary hearing on January 4, 2018. A Report and Recommendation [ECF No. 326] was filed on January 12, 2018, recommending that Defendant's Motion to Suppress be **Denied**.

The parties were afforded the opportunity to file written objections if any, fourteen (14) days from the date of the report and the record reveals that objections were filed by Defendant's Counsel and noted by this Court. After a *de novo* review of the Record and Magistrate Otazo-Reyes' well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes' Report and Recommendation [ECF No. 326] is hereby **ADOPTED AND AFFIRMED** in its entirety.

Defendant's Motion to Suppress Evidence Seized in Violation of the Fourth Amendment [ECF No. 248] is **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26 day of April, 2018.

                                        JOSE E. MARTINEZ
                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel Of Record