UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 17-20307-CR-MARTINEZ/OTAZO-REYES**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL WALKER,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS
## ON COUNSEL'S FIFTH INTERIM CJA VOUCHER

**THIS CAUSE** came before the Court upon the Report and Recommendation on Counsel's Fifth Interim Criminal Justice Act Voucher 113C. 0668960 issued by United States Magistrate Judge Alicia M. Otazo-Reyes on January 8, 2019 [ECF No. 918]. Magistrate Judge Otazo-Reyes, recommends that this Court, approve the Fifth Interim CJA Voucher and that Kenneth Swartz, Esq., be paid a total sum of **$89,858.49**. The parties were afforded the opportunity to file objections to the Report and Recommendations, however none were filed. The Court notes Counsel's Notice of No Objection to Magistrate's Report and Recommendation (DE 928).

Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendations [ECF No. 918], is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10 day of January, 2019.

                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
Kenneth Swartz, Esq.
CJA Administrator